*James H. Pate,* for plaintiff.   *Edwin A. Rogers,* for defendants.

SNIDER *v.* SNIDER.

RUSSELL, Chief Justice.   The evidence adduced upon the hearing of the attachment for contempt authorized the judgment making the rule absolute.                    *Judgment affirmed.   All the Justices concur.*

No. 11198.   JULY 2, 1936.

702

*Casey Thigpen,* for plaintiff in error.    *Randall Evans Jr.,* contra.